UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Victor Tagle,

    Plaintiff

v.

State of Nevada, et al.,

    Defendants

2:16-cv-00850-JAD-GWF

**Order Denying Application to Proceed** *in forma pauperis*

[ECF No. 1]

    This is one of the 23 lawsuits that Nevada state-prison inmate Victor Tagle has filed in this district. Tagle has submitted an application to proceed *in forma pauperis*, a motion for suggestion upon death, and a civil-rights complaint alleging errors in his state-court prosecution. Because Tagle has, on three or more prior occasions while incarcerated or detained in a facility, brought an action or appeal that was dismissed as frivolous, malicious, or for failure to state a claim,[1] and he does not allege facts to show that he is "under imminent danger of serious physical injury," I deny the application to proceed *in forma pauperis*. Tagle must pay the full $400 filing fee by December 16, 2016, or I will dismiss this action and deny all pending motions without prejudice.

    Accordingly, IT IS HEREBY ORDERED that Tagle's application to proceed *in forma pauperis* **[ECF No. 1] is DENIED. Tagle must pay the filing fee in full by December 16, 2016, or this will be dismissed in its entirety without prejudice and all pending motions will be denied.**

    Dated this 16th day of November, 2016.

                                  _____
                                  Jennifer A. Dorsey
                                  United States District Judge

---

[1] *See Tagle v. State of Nevada*, et al., 2:16-cv-00852-JAD-VCF (giving Tagle his "third strike" under the PLRA).